**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00165-CR**
_____

**WILLIAM MITCHELL KEEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-03-04749**

**MEMORANDUM OPINION**

On March 27, 2025, the trial court sentenced William Mitchell Keen on an indictment for possession of child pornography in Trial Cause Number 24-03-04749. On April 23, 2025, Keen filed a notice of appeal. The District Clerk then sent Keen's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification, signed on March 27, 2025, states that the case "is a plea-bargain case, and the defendant has NO right of appeal."

On May 12, 2025, we notified the parties that we would dismiss the appeal unless the appellant established that the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Keen has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 17, 2025
Opinion Delivered June 18, 2025
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.

2